Magistrate Judge J. Kelley Arnold

D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD BENEDICT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner, Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) | Civil Action No.   C06-5681JKA <br><br> ORDER FOR <br> EXTENSION OF TIME |

Upon agreed motion of the parties for an extension of time for plaintiff to file their opening brief,

**IT IS ORDERED** that said motion be, and the same hereby is, granted and said plaintiff is allowed additional time, through **May 9, 2007**, in which to file plaintiff's opening brief.

**IT IS FURTHER ORDERED** that defendant shall have until **June 6, 2007,**

in which to file the Commissioner's brief, and plaintiff shall have until **June 20, 2007**, to file their optional reply brief.

DATED this 10th day of April, 2007.

                                    */s/ J. Kelley Arnold*_____
                                    _____
                                    J. KELLEY ARNOLD
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

 D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

      DATED this 9th day of April, 2007.

                                    Respectfully submitted,

                                    s/ D. JAMES TREE, WSBA#16976
                                    Attorney for Plaintiff
                                    3711 Englewood Avenue
                                    Yakima, Washington 98902
                                    Telephone:  (509) 452-1700
                                    Fax:  (509)  577-9109

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing copy of Proposed Order for Extension of Time for Plaintiff to File Opening Brief was filed with the Clerk of the Court on April 9, 2007, using the CM/ECF system which will send notification of such filing to the following:

    Brian C. Kipnis, Assistant United States Attorney
    L. Jamala Edwards, Office of the General Counsel

                                      S/ D. JAMES TREE
                                      Attorney for Plaintiff