# United States District Court

WESTERN DISTRICT OF WASHINGTON

HOWARD A. BENEDICT

v.

MICHAEL ASTRUE, Commissioner
of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5681JKA

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court REMANDS this matter to the Social Security Administration for further review consistent with the terms of this order.

| August 14, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

   *s/Caroline M. Gonzalez*
Deputy Clerk