UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD BENEDICT,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:C06-5681JKA<br><br><br>ORDER FOR ATTORNEY FEES |

Based on the Stipulation between the parties, it is hereby ORDERED that attorney's fees in the amount of $7,000.00 shall be awarded to Plaintiff's counsel, pursuant to 28 U.S.C. § 2412.

DATED this 7th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Page 1　　ORDER